# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

MARSHALL DEWAYNE WILLIAMS,

Plaintiff(s),

CASE NUMBER: 1:16-cv-2046-JDT-cgc

v.

UNITED STATES OF AMERICA.

Defendant(s).

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on March 14, 2017, this action is DISMISSED for failure to state a claim on which relief can be granted, pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1).  It is CERTIFIED pursuant to 28 U.S.C. §1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith.  If Plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in *McGore* and §1915(a)(2).  This is the third dismissal by this plaintiff of a case as frivolous or for failure to state a claim.  This "strike" will take effect upon enter of this judgment.

**APPROVED:**

<u>s/James D. Todd</u>
JAMES D. TODD
**U.S. DISTRICT JUDGE**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Sonya Pettigrew**
**DEPUTY CLERK**